IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA D. GIBSON, | No. CIV S-10-2755-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On October 14, 2010, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. As of December 1, 2010, more than 15 days had elapsed and plaintiff had not complied. The court directed plaintiff to show cause why this action should

1

1 | not be dismissed. Plaintiff has responded indicating that she apparently served the summons and
2 | complaint on her own. In any event, summons has been returned executed. The order to show
3 | cause is, therefore, discharged.
4 |         IT IS SO ORDERED.

6 | DATED: January 20, 2011

    _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE