```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CBN 267616
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERTA D. GIBSON,         )<br>                            )<br>     Plaintiff,            )<br>                            )<br>        v.                  )<br>                            )<br>MICHAEL J. ASTRUE,          )<br>Commissioner of            )<br>Social Security,           )<br>                            )<br>     Defendant.            )<br>_____) | CIVIL NO. 2:10-CV-02755-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HIS ANSWER |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his answer be extended 30 days from March 7, 2011, to April 6, 2011.  This extension is needed so that Defendant may consult with the Appeals Council regarding redaction of certain information, unrelated to the merits of this case, in the administrative transcript.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court and to Plaintiff's Counsel for any inconvenience caused by this delay.

Respectfully submitted,

Dated: March 7, 2011          /s/ *Frederick H. Lundblade, III*
                              (As authorized via phone on 3/4/11 at 2:41pm)
                              FREDERICK H. LUNDBLADE, III
                              Attorney for Plaintiff

Dated: March 7, 2011          BENJAMIN B. WAGNER
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                     By       /s/ *Peter Thompson for*
                              LYNN M. HARADA
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: March 9, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend
2:10-CV-02755-CMK                              2