IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA D. GIBSON, | No. CIV S-10-2755-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Because plaintiff has now informed the court regarding consent to Magistrate Judge jurisdiction, the order to show cause issued on June 17, 2011, is discharged.

IT IS SO ORDERED.

DATED: June 29, 2011

                                                                                                                                              */s/ Craig M. Kellison*
                                                                                                                                             **CRAIG M. KELLISON**
                                                                                                                                   UNITED STATES MAGISTRATE JUDGE